# MEMORANDUM DECISIONS.

ALYEA et al. v. CITIZENS' SAV. BANK. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by William Alyea and others against the Citizens' Savings Bank. No opinion. Motion denied upon payment of $20 costs. See 42 N. Y. Supp. 185.

ARNOUX v. PHYFE et al. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by William H. Arnoux against Amy C. Phyfe and others. No opinion. Motion granted. See 41 N. Y. Supp. 1105.

AUGNER v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by Max Augner against the mayor, etc., of the city of New York. No opinion. Motion denied. See 43 N. Y. Supp. 803.

BACHARACH v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by Samuel Bacharach against the Manhattan Railway Company. No opinion. Motion for resettlement granted.

BAKER et al., Respondents, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Jane A. Baker and another against Thomas Brown and John F. Dorthy. No opinion. Order affirmed, with $10 costs and disbursements. See 41 N. Y. Supp. 1106.

BAKER et al., Respondents, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Jane A. Baker and another against Thomas Brown and John F. Dorthy. No opinion. Motion denied. See Baker v. Brown, supra.

BENEDICT et al. v. ARNOUX et al. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by Elias C. Benedict and others against George T. Arnoux and others. No opinion. Motion granted. See 38 N. Y. Supp. 882; 39 N. Y. Supp. 793.

BERNARD v. McKEAN. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by Mary C. Bernard against Bernard S. McKean. No opinion. Motion denied.

BERRUS, Respondent, v. BERRIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Maria Berrus against Matthew T. Berris. No opinion. Order affirmed, with $10 costs and disbursements.

BIGGERT, Respondent, v. HICKS, Appellant. (Supreme Court, Appellate Term, First Department. February 23, 1897.) Action by Joseph M. Biggert against Henry C. Hicks. J. B. Sabine, for appellant. Cardozo & Nathan, for respondent. No opinion. Judgment and order (42 N. Y. Supp. 236) affirmed upon argument.

BIGGERT, Respondent, v. NICHOLS, Appellant. (Supreme Court, Appellate Term, First Department. February 23, 1897.) Action by Joseph M. Biggert against Edwin Nichols. J. B. Sabine, for appellant. Cardozo & Nathan, for respondent. No opinion. Appeal from order (42 N. Y. Supp. 472) dismissed, with costs, upon argument.

BIRD v. LANPHEAR et al. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Charles A. Bird, in his own behalf, etc., against Earl M. Lanphear, impleaded, etc. No opinion. Motion denied, without costs. See 42 N. Y. Supp. 623.

BLAUVELT, Respondent, v. FOX, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by George R. Blauvelt against David S. Fox. No opinion. Order affirmed, with $10 costs and disbursements.

BLISS v. SHERRILL et al. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Nancy E. Bliss against Charles L. Sherrill and others. No opinion. Motion denied, without costs. See 42 N. Y. Supp. 432.

BLOOM, Respondent, v. STANDARD PUB. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Mortimer G. Bloom against the Standard Publishing Company. W. S. Andrews, for appellant. George McGowan, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

FOLLETT, J. (dissenting). This action was begun January 16, 1895, to recover damages of the defendant for having published January 17, 1893, the following article: "Tapping of the Wires. Intimation and open accusations were made at last night's special meeting of the board of fire commissioners against Henry Reiley, chief engineer of the fire department, and by him, in turn, against citizens whose reputations have hitherto been unassailed, which indicate that for a long time the fire company located at engine house No. 1, opposite the city hall, including the chief and some of the other officers, had been open to serious suspicion. The entire membership